tion by Charles La Rue against Frederick J. Wheeler. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

LATIMER, Respondent, v. DELAWARE, L. & W. R. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by Alma Latimer, as administratrix, etc., against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment and order affirmed, with costs.

LEVY, Respondent, v. TOYODA et al., Appellants. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Herman H. Levy against Henry Toyoda and others. No opinion. N. R. Lindheim, for appellants. C. Meyer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LEWIN, Respondent, v. MEYEROWITZ, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by Harry Lewin against Michael Meyerowitz.

PER CURIAM. Interlocutory judgment reversed, with costs, and demurrer sustained, with costs, with leave to plaintiff to plead over upon payment of the costs of the demurrer and of this appeal. Held, that the letter which constitutes the alleged libel is not libelous per se.

LINDENBORN v. VOGEL. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by Solomon Lindenborn against Lillian B. Vogel. No opinion. Application granted. Order signed. See, also, 110 N. Y. Supp. 970.

LIPSCOMBE v. LANE. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Charles E. Lipscombe against Derick Lane. With this case has been consolidated in this court cases bearing titles as follows: Elizabeth McDermott v. Andress S. Floyd and others. Conrad J. Kellar v. Charles P. Faber. In re Benjamin Sanders. Annie Stanton, as administratrix, v. the New York Edison Company. No opinions. Motions granted, with $10 costs in each case. Orders filed.

LOESCHAUER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by Catharine Loeschauer, as administratrix, etc., against the New York Central & Hudson River Railroad Company, impleaded with the city of North Tonawanda.

PER CURIAM. Judgment and ordered reversed, and new trial ordered, with costs to appellant to abide event.

McLENNAN, P. J., and WILLIAMS, J., vote for reversal on the ground that as matter of law the evidence fails to establish that the appellant was guilty of negligence which was the proximate cause of the accident, and also because the evidence fails to identify the deceased as the person who fell from the bridge.

KRUSE and ROBSON, JJ., vote for reversal on the ground that, although there is evidence upon which the jury might have found that the defendant was negligent, yet in view of the charge of the trial court, which became the law of the case, "that there is no evidence in the case that, even if there had been a guard rail there, it would have prevented the rider from falling into the river," the finding of the jury that the defendant was negligent cannot be sustained.

SPRING, J., dissents, and votes for affirmance.

LOGAN, Respondent, v. LOGAN, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Elizabeth Logan against Andrew Logan. G. H. Taylor, Jr., for appellant. C. De H. Brower, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 125 App. Div. 724, 110 N. Y. Supp. 174.

LOVE et al., Appellants, v. GLOBE HAT MFG. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Samuel Love and others against the Globe Hat Manufacturing Company. No opinion. Motion denied, without costs.

LOWING, Respondent, v. HOW, Appellant. (Supreme Court, Appellate Division, Fourth Department, November 11, 1908.) Action by Eliza S. Lowing, as devisee, etc., against Isabelle Lowing How, as executrix, etc. No opinion. Judgment affirmed, with costs.

LUONGO, Appellant, v. DAVIS et al., Respondents. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Raffael Luongo against Hyman Davis and others. G. H. Taylor, Jr., for appellant. H. G. Wiley, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LUST, Respondent, v. DRACHMAN, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Louis Lust against Hyman Drachman. No opinion. Judgment and order affirmed, with costs.

LYONS BEET SUGAR REFINING CO., Appellant, v. CALKINS, Respondent. (Supreme Court, Appellate Division, Fourth Department. September 23, 1908.) Action by the Lyons Beet Sugar Refining Company against John F. Calkins. No opinion. Order affirmed, with $10 costs, upon appellant's default.

McCABE, Respondent, v. AMERICAN MAHOGANY CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Henry J. McCabe against the American Mahogany Company. No opinion. Order affirmed, with $10 costs and disbursements.

McCLOSKEY, Respondent, v. DEGNON CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department.

October 16, 1908.) Action by Josephine Mc-Closkey, an infant, by James F. McCloskey, her guardian ad litem, against the Degnon Contracting Company. No opinion. Judgment and order unanimously affirmed, with costs.

McCORMICK, Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 17, 1908.) Action by James A. McCormick against the Syracuse Rapid Transit Railway Company.

PER CURIAM. Judgment of County Court and Municipal Court reversed, with costs. Held that, if plaintiff was entitled to a transfer from the Dudley to the Elmwood line, defendant's offer of a transfer to the latter line at South West street fully met its obligation; it appearing that the passage over its lines thus offered to plaintiff was over the most direct and a reasonably convenient route to his destination.

SPRING and KRUSE, JJ., dissent.

McCORMICK, Respondent, v. SYRACUSE RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by James A. McCormick against the Syracuse Rapid Transit Company. No opinion. Motion for leave to appeal to Court of Appeals granted.

McDONALD, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by James McDonald against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

McDOUGALL, Respondent, v. CITY OF BUFFALO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by James S. McDougall against the city of Buffalo and another. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

McGILL, Respondent, v. BRADY et al., Appellants. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Nelson A. McGill against John F. Brady and another. J. A. Delehanty, for appellants. C. W. Sinnott, for respondent. No opinion. Judgment modified, by deducting therefrom $914.36, with interest from the date of the commencement of the action, and, as modified, affirmed, without costs. Settle order on notice.

McGOWAN, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by George T. McGowan, an infant, etc., against the Erie Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents.

McGRATH, Respondent, v. REMNEK, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Thomas McGrath, as administrator, etc., of Margaret McGrath, deceased, against Abraham Remnek. No opinion. Judgment and order unanimously affirmed, with costs.

McKANE, Appellant, v. DADY et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Theodore McKane against Michael J. Dady and others. No opinion. Orders affirmed, with $10 costs and disbursements. See, also, 112 N. Y. Supp. 650.

MacMAHON, Respondent, v. MYERS et al., Appellants. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Stephen A. MacMahon against Saul S. Myers and others. S. S. Myers, for appellants. A. Thain, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 112 N. Y. Supp. 1028.

MAGAGNOS, Appellant, v. P. H. OHMEIS & CO., Respondents. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Everett Magagnos against P. H. Ohmeis & Co. J. F. McIntyre, for appellant. F. V. Johnson, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

MAHER et al., Respondents, v. JONES, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 30, 1908.) Action by John L. Maher and others against Robert E. Jones. No opinion. Order affirmed, with $10 costs and disbursements.

MAHER et al., Respondents, v. JONES, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by John L. Maher and others against Robert E. Jones. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

MAHON, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by John Mahon against the Brooklyn Heights Railroad Company. No opinion. Order unanimously affirmed, with costs.

MAHONEY v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by John Mahoney against the city of New York. No opinion. Motion denied. Order filed.

MAIMONE, Respondent, v. NEW YORK LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Anthony Maimone against the New York Life Insurance Company. C. S. Patrasch, for appellant. H. S. Bird, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MAISCH, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate